VARIOUS CHAPTER 13'S

WARNING! DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A TRUE WATERMARK WHEN HOLDING THE CHECK TO THE LIGHT AND PINK LOCK AND KEY ICONS THAT FADE WHEN WARMED

**S.J. BEAULIEU, JR.**
CHAPTER 13 TRUSTEE
433 METAIRIE ROAD, SUITE 307
METAIRIE, LA  70005

SunTrust Bank
MEMPHIS, TN

64-79 / 611

**0630997**

November 8, 2010

PAY  Exactly Six Hundred Twenty Seven And 91/100 Dollars

$********627.91

TO THE ORDER OF

UNITED STATES BANKRUPTCY COURT
STE B-601
500 POYDRAS ST
NEW ORLEANS, LA  70130

VOID AFTER 90 DAYS

*S.J. Beaulieu Jr.*

⑈0630997⑈ ⑆061100790⑆ 8800517495⑈

RUB OR BREATHE ON THE PINK LOCK & KEY ICONS - COLOR WILL FADE AND RETURN ON AN AUTHENTIC CHECK - IF COLOR DOES NOT FADE DO NOT ACCEPT

---

UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

# 227861   - KW
* * C O P Y * *
November 10, 2010
15:52:07

TREASURY REGFUND
Debtor.: VARIOUS CH. 13'S
Amount.:                    $627.91 CH
Check#.: 0630997

Total -> $627.91

FROM: S J BEAULIEU

11/10/10
DEPOSITED TO 6047BK
TREASURY ACCOUNT

DUE TO VARIOUS CH. 13's.

CV.

BK#15

The attached check represents payments found to be undeliverable, detailed below, to be paid into the registry of the court.

Registry Check #630997

| Case Number | Debtors | Amount | Payees |
|---|---|---|---|
| 07-12246 | MICENHAMER, WANDA M<br>APT 5 C<br>1784 CAROL SUE<br>GRETNA LA  70056 | 5.32 | (debtor) |
| 09-12126 | MORALES, GREG F<br>MORALES, JODY C<br>106 MARDI ST<br>MADISONVILLE LA  70447 | 10.34 | (debtor) |
| 09-13906 | MCDOWELL, ELBERT<br>MCDOWELL, JANET S<br>PO BOX 1913<br>MARRERO LA  70073 | 231.11 | (debtor) |
| 10-10770 | SNYDER, MICHAEL RAY<br>18288 OLD COVINGTON HWY<br>HAMMOND LA  70404 | 381.14 | CAPITAL ONE<br>PO BOX 259360<br>PLANO TX  75025 |
|  |  | $627.91 |  |